## UNITED STATES of America, Plaintiff–Appellee.

v.

## Robert PERRY, Defendant–Appellant.

### No. 05–3982.

United States Court of Appeals, Seventh Circuit.

Submitted Nov. 30, 2005.

Decided Jan. 19, 2006.

Jacqueline O. Stern, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Richard H. Parsons, Andrew J. McGowan, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Robert Perry, Terre Haute, IN, pro se.

Before Hon. WILLIAM J. BAUER, Hon. JOHN L. COFFEY, and Hon. DANIEL A. MANION, Circuit Judges.

ORDER

On consideration in this successive appeal, we have a motion to withdraw as defendant-appellant's appointed counsel on appeal filed on November 30, 2005, an Anders Brief and Required Short Appendix of defendant-appellant filed on November 30, 2005, and defendant-appellant's return to shown cause as to why his conviction should be set-aside filed on December 27, 2005. Leave is given to Richard Parsons, Chief Federal Public Defender for the Central District of Illinois, to withdraw and the case is SUMMARILY AFFIRMED.